**U.S. DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| USMAN ROSHAN, an individual,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NEW JERSEY INSTITUTE OF<br>TECHNOLOGY, a public university,<br><br>　　　　　Defendant. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED**<br><br>Date Action filed:<br>Date set for trial: |

**I. NATURE OF THE CASE**

1. This is an action by Plaintiff Dr. Usman Roshan, who is a professor at the New Jersey Institute of Technology straight out of college since 2004, to recover damages arising from infringement of his Machine Learning course by Defendant New Jersey Institute of Technology (NJIT), a public university located in Newark, New Jersey.

2. **Roshan created a machine learning graduate course called 'CS 675 Machine Learning' in 2013 out of his own will without any directive, pay, or contractual obligation from NJIT or use of any NJIT resources** (see Exhibit A for course proposal form from 2013). **His course attracted many students both undergraduate and graduate across all of NJIT including neighboring school Rutgers Newark and achieved unprecedented graduate course enrollments** (see Exhibit B for enrollment figures). **Roshan's course was so successful that it was the very first one identified to be part of the NJIT Online Programs as stated by the Head of Online Programs himself** (see Exhibit D)**.** In the Fall of 2019, he taught and managed 156 students across two sections of the course with the help of an adjunct lecturer. It

was the foundation of the highly successful Master of Data Science that Roshan created in 2017 and led to the creation of the new Data Science Department.

3. NJIT's copyright policy posted on this website https://www.njit.edu/policies/copyright-policy.php and attached as Exhibit C gives faculty total copyright ownership of their courses unless "significant use of university resources were utilized in the creation of such material, or the ownership is subject to research or contractual restrictions (as set out in the Copyright Policy)." Roshan was hired in 2004 straight out of college with no contractual obligation to create this course. Roshan did not use any university resource to create this course – he created the lectures and all materials on his own personal computer. He did not receive pay, assistance, or directives from the university to create this course. Roshan in fact was Director of Bioinformatics at that time and taught bioinformatics courses. This course was his creation entirely and he taught it in addition to his assigned bioinformatics course load.

4. **On April 1st 2024 Roshan discovered that while he was away on family medical leave from September 2021 to May 2023, NJIT produced an online machine learning graduate course called 'Online DS 675 Machine Learning' that is almost identical to his machine learning graduate course, secured copyrights to the online course, and offered it to a broad online audience without any knowledge to him.**

5. This copyright infringement complaint seeks damages and a royalty fee per student who takes the online course going forward.

## II. JURISDICTION, PARTIES, and VENUE

6. This Court has federal question jurisdiction pursuant to 28 U.S.C. Sections 1331 and 1338(a), as an action arising under the 1976 Copyright Act, 17 U.S.C. Sections 101, *et seq*.

7. Plaintiff Usman Roshan has been a resident of New Jersey since 2004 and resides at 68 La Guardia Ave, Iselin, New Jersey, 08830. His email address is usmanroshan@gmail.com and his phone number is 862-485-0590.

8. Defendant New Jersey Institute of Technology (NJIT) is a publicly funded state university located at 323 Dr Martin Luther King Jr Blvd, Newark, New Jersey, 07102 and its primary place of business is in New Jersey. NJIT's legal counsel is Sandy Curko. Her email address is sandy.curko@njit.edu and her phone number is 973-596-6379.

9. Venue in this district is proper under 28 U.S.C. Section 1391(b) in that the events giving rise to the within claims occurred in this judicial district, and under 28 U.S.C. Section 1400(b) in that it is a judicial district where defendant has committed acts of copyright infringement and has a regular and established place of business.

## III. CAUSE OF ACTION

### Copyright infringement

10. On April 1st 2024 Plaintiff Roshan discovered in an email from the Head of Online Programs at NJIT's Ying Wu College of Computing (YWCC) that while Roshan was on family medical leave from September 2021 to May 2023 an online machine learning course called 'Online DS 675 Machine Learning' course had been created by a Computer Science faculty member and sold to the university for broad online offering (see Exhibit D). Roshan also discovered that the contract gave the faculty member control of the course on who could teach the course.

11. This was entirely new information to Roshan.

12. Roshan drew up a side-by-side comparison of his machine learning course called 'CS 675 Machine Learning' (see Exhibit E for US Copyright Office copyright certificate and Exhibit

F for module numbers of Roshan's course) against DS 675 Online Machine Learning (see Exhibit G for topic names and module numbers of the online course) to prove infringement (see Exhibit H as the main evidence of infringement).

13. **Roshan's lecture slides and notes are public and freely available online without any restriction whatsoever and thus easily accessible to the infringer. Roshan's course exam problems were accessible to the infringer via PhD Qualifying Exam committees on which both him and Roshan served. Numerous PhD and Masters students in the department took Roshan's course including students of the faculty member who infringed the course and are likely to have passed on material to him.** Even though there is substantial similarity in the two courses as shown below, such a high level of access lowers the threshold for substantial similarity per the Inverse Ratio Test (Nimmer on Copyright 1963, Sid & Marty Krofft Television Productions Inc. v. McDonald's Corp. (1977)).

14. **In Exhibit H Roshan shows that the syllabus of the online course is almost entirely identical to his course with the same course topics in similar order.** Courts have ruled that course syllabi are protected by copyright law and are intellectual property of faculty (Missouri Appeals Court Western District in 2014, see full court ruling here https://www.courts.mo.gov/file.jsp?id=77236). We see that the online course syllabus has less similarity to machine learning courses currently taught at Stanford, New York University, and Columbia University. **We see that the online course syllabus is more similar to Roshan's course syllabus that it is to the table of contents of textbooks assigned to that course – something highly unusual as courses tend to follow their prescribed textbooks but the online course follows Roshan's syllabus instead (see pages 38-40 in Exhibits).** The first prescribed textbook is entirely in Keras and Tensorflow machine learning packages none of

which are used in the online course. The second textbook contains topics Limits of Learning, Probabilistic Modeling, Learning Theory, Efficient Learning, Expected Maximization, Structured Prediction, and Imitation Learning none of which are in the online course. The third textbook is in scikit-learn and Tensorflow none of which are in the online course. Finally, the fourth textbook is a well-known book on machine learning in the statistics community and heavily focused on statistics – the online course barely goes into that level of statistics and instead follows Roshan's style of geometrical interpretation instead.

15. Having established high similarity between syllabi Roshan then proceeds to show substantial similarity in actual course contents. **Roshan shows that of the 20 modules in Online DS 675 there are 14 that are substantially like the modules of his CS 675. These 14 are the largest modules with several sub-modules. Roshan shows that the order of topics in the online course mostly follows the same order of topics in his course. Roshan also shows that the online course has similar figures, same formulas, and same concepts with same expression presented mostly in the same order as in his course.** These modules are strikingly similar and pass both the "intrinsic test" and "extrinsic test" of the Total Concept and Feel Test (Roth Greeting Cards vs United Card Co (1970) and Sid & Marty Krofft Television Productions, Inc v McDonald's Corp (1977)).

16. The intrinsic test relies on the judgement of an ordinary person comparing the original and copied works. An ordinary person with basic college level Math Calculus 101 (or even high school level) knowledge can see the following striking similarities in formulas, diagrams, and order of materials in the main evidence Exhibit H: (1) page 42 in Exhibits showing Euclidean distance formulas, (2) page 44 in Exhibits showing optimization curves, (3) page 45 in Exhibits showing similar optimization curves for global minima, (4) page 45 has same

formulas and first order derivatives, (5) page 46 same error formulas, (6) page 47 same formulas for polynomial expansions, (7) page 47 same formulas defining hyperplanes (8) page 49 same diagrams illustrating basic neural networks, (9) page 49 same figures illustrating kernels, (10) page 50 same formulas showing sigmoid function, (11) page 50 same formulas showing likelihood loss of logistic regression, (12) page 51 has the same formulas for intuition behind regularization, (13) page 51 has the same formulas regularized loss, (14) page 52 has the same diagram illustration support vector machines, (15) pages 52 and 52 show the same formulas for distance of a point from a hyperplane, (16) page 53 has the same formulas for expansion of Euclidean distance, (17) page 53 shows same formulas for kernels, (18) page 54 shows same formulas for support vector machine dual objective, (19) page 55 has same formulas showing slack variables for support vector machine, (20) page 56 shows same formulas for hinge loss, (21) page 56 shows same diagrams for decision trees, (22) page 59 has the same diagram illustrating boosting algorithm AdaBoost, (23) page 61 has the same probability formulas (namely the likelihood and the posterior), (24) page 62 has same likelihood formulas, (25) page 63 has the same figures illustrating principal component analysis and same formulas, (26) page 64 has the same formulas for kernel principal component analysis, (27) page 64 has the same figures illustrating principal component analysis on a dataset, (28) page 65 has the same formulas for k-means clustering, (29) page 66 has the same figures illustrating k-means clustering, (30) page 68 has the same search landscape figure for neural networks, (31) page 71 has the same neural network activations and formulas, (32) page 74 has the same figure illustrating kernels and pooling in convolutional neural networks, (33) page 75 has the same figure and description of the popular neural network LeNet, (34) page 81 has the same assignment 2 in both courses, (35) page 82 has the same assignment 3 in the online course has

Roshan's assignments 3 and 4, (36) page 84 midterm exam problem 1 has the same figure as in Roshan's lecture, (37) page 85 midterm exam problem 19 is the same as Roshan's exam problem 7f, (38) page 87 final exam problem 4 has the same figure as Roshan's lecture, (39) page 89 final exam problem 20 is the same as Roshan's exam problem 3. **There are many different ways to express the above ideas but the infringing author chose the method of Roshan. We also see many mistakes in the online course, especially in the above identified expressions. Roshan claims these are intentionally done by the infringer to hide his copying.**

17. There are numerous similarities in concepts, the order of their presentation, and their expression between the two courses. While ideas are not protected by copyright law, their expression and order are protected. There are many ideas expressed in a highly similar method to Roshan's and almost the entire order of materials follows that of Roshan's: (1) page 42 in Exhibits shows the same introduction of the vector space model in machine learning in both courses, (2) page 43 shows same distance based classification, (3) page 44 shows the same linear regression loss function, (4) page 45 shows the gradient descent algorithm for linear regression in both courses, (5) page 46 shows issues in gradient descent training and stochastic gradient descent in both course, (6) page 48 shows the same multiclass classification, (7) page 51 shows gradient descent for logistic regression in both courses, (8) pages 54 and 55 has the same integration of kernels into support vector machines, (9) pages 56 and 57 has the same illustration of decision tree construction including same formulas, (10) page 57 has the same description of classification by voting with random forests, (11) page 58 shows the same breast cancer diagnostic dataset used in both courses, (12) pages 58 and 59 show the concept of bagging in both courses, (13) page 60 shows the AdaBoost pseudocode and gradient boosting in both courses, (14) page 62 shows both courses presenting Naïve Bayes algorithm, (15) page 62 has

eigenvector decomposition theorems as preliminaries for dimensionality reduction, (16) pages 64 and 65 have kernel PCA illustrations on data, (17) page 65 has the same k-means clustering algorithm in both courses, (18) page 66 shows the same issues in running k-means between the two courses as well as the same hierarchical clustering, (19) page 67 has graph clustering in both courses, (20) page 68 has the same theorems on neural networks, (21) pages 68 to 71 has the same forward pass, back propagation, and gradient updates of neural networks, (22) page 72 shows the same neural network code library is used in both courses, (23) page 73 shows the use of the same Pytorch neural network library in both courses, (24) page 73 illustrates using matrices and vectors to represent images, (25) page 74 shows the working of convolutions with similar examples, (26) page 75 shows both courses introducing sequence models for time series and text data, (27) pages 76 and 77 has both courses showing tokenizing text data, word embeddings, and classifying sentiments of sentences, (28) page 78 shows both courses present LSTM networks and character level convolutions, (29) page 78 to 81 shows similar Python problems and distance based classification in Assignment 1 of both courses, (30) pages 82 and 83 show both courses do dimensionality reduction followed by classification in Assignment 4, (31) page 84 shows midterm problem 10 in the online course and problem 6 from Roshan's exam has the same geometric problem for support vector machines, (32) pages 86 and 87 show midterm problem 13 in the online course and problem 4 from Roshan's exam have the same geometric problem about hyperplanes, (33) page 88 shows final exam problem 5 in the online course and problem 6 from Roshan's exam has the same geometric problem for support vector machines, (34) page 88 shows final exam problem 9 and problem 10 from Roshan's exam have the same problems about principal component analysis. **All the above concepts can be expressed with different methods and examples but each time we find it expressed in the**

**same manner as Roshan. The online course barely contains anything beyond the material in Roshan's course – almost the entire online course is a large subset of Roshan's course.**

18. **Roshan's course is unique in the sense that it is geometrical in nature and takes a geometric (linear algebraic) view of machine learning. This is a departure from standard machine learning courses because they follow a statistical view. We see that the online course follows the same style as that of Roshan's and is entirely geometric in nature. Just like Roshan's course it has only one module on probability.** Substantial similarity can arise even when taking only a small percentage of the original, especially if you've taken the "heart" of the work. See Harper & Row v. Nation Enterprises 471 U.S. 539 (1985) where 300-400 words of a 7500 word manuscript were taken and the court ruled it as infringement. The geometric nature of Roshan's course, the order of topics in his course, the topics themselves, and his original contributions discussed below are the "heart" of the work all of which are also in the online course.

19. **Roshan has made several original contributions in his course. These are intuitive insights that are unique to Roshan's course and not common to other machine learning courses. We see that all of Roshan's original contributions are also present in the online course in exactly the same expresion.** Roshan points them out in Exhibit H during the detailed module side-by-side comparison. These are also the "heart" of Roshan's work. Courts have ruled that infringement depends much more on the quality than on the quantity of what has been copied. See Larrikin Music Publishing Pty Ltd v EMI Songs Australia Pty Limited [2010] FCA 29, Federal Court (Australia) where the flute part of the famous song "Down Under" by Men at Work was ruled as infringement. **The online course has all the qualities of Roshan's course:**

**his original contributions in exactly the same expression, his formulas and diagrams, his syllabus, his assignments, and the same order of topics as in his syllabus and in his lectures.**

20. **Roshan then shows that of the 6 assignments in the online course 4 of them are the same assignments in his course. Roshan also compares exam problems from the online course to his and shows that they are of similar style and contain Roshan's original contributions found only in his exams.** Roshan gave the same problems from his course in the Computer Science PhD Machine Learning qualifying exam that he conducted. This exam was available to the faculty member who infringed the course since he was on the same PhD qualifying exam committee as Roshan.

21. A key point in infringement is the similarity in the expression of ideas. We see a powerful similarity in the expression of ideas between the two courses: (1) almost entirely same syllabus, (2) almost entirely same order of lecture materials within each module, (3) exact same formulas and figures, (4) same assignments and exam problems, and (5) exact same original contributions of Roshan's. **In fact the online course is almost entirely contained in Roshan's course – barely anything in the online course falls outside of Roshan's course.**

22. **Roshan claims this substantial similarity between the two courses is not coincidental and it is impossible for someone to create on their own without significant experience in machine learning.** Roshan has spent his entire career in machine learning, publishes actively in this area, has received research grants in machine learning, has worked on industrial machine learning projects, has worked with neuroscientists at Rutgers Newark, with surgeons at the Robert Wood Johnson Hospital, and with molecular biologists nationwide. Roshan has made smartphone apps that use machine learning to help people exercise in correct form and learn to dance. Roshan is currently building an autonomous home kitchen robot for

consumers in North America. He regularly displays demos of his autonomous kitchen robot on social media sites X.com and LinkedIn.com where it has received viral views, global praise, and interest from engineers and investors (see his demos on https://x.com/Deeplearner2). Roshan is also the founder and creator of NJIT's Master of Data Science program in 2017. The program had an enrollment of 200 students within two years of being launched under Roshan's leadership who alone managed and grew the program without receiving relief from the university. The success of his course and the data science program he created led to the creation of a new Data Science Department in 2021.

23. **In comparison the faculty member who created the online course has far less experience in teaching and research in machine learning.** In fact, that faculty member joined NJIT in 2017 as an algorithms expert, he taught standard computer science courses in complexity theory, and he managed the complexity theory PhD qualifying exam in the Computer Science department. He first taught machine learning at NJIT in Spring 2020 and it's remarkable that the Online DS 675 Machine Learning that he made matches Roshan's machine learning course even more than his own machine learning course.

## Concealment of infringement

24. **Roshan did not have the slightest knowledge that an online machine learning course highly similar to his course was created for broad offering while he was on family medical leave.** In fact, Roshan was willing to teach any course that NJIT assigned to him upon his return from leave. Exhibit K shows the Data Science Chair stating "*Usman said he is happy to teach any two classes, in person, in Fall, whatever the College needs.*"

25. **Roshan came to discover the infringement in an email discourse between him and the college that started on February 13th, 2024**. In this discussion he was informed

"*These are not options for you. Those were developed by Yiannis. He has the right of first refusal*" (see Exhibit I). In other words, he was informed that he could not teach online machine learning because its teaching rights belonged to another faculty member. This has turned out to be false. The faculty member claiming to own teaching rights, who was part of this discussion, argued for assigning the course to PhD students and lecturers with no previous research and teaching experience in machine learning.

26. In fact, the university assigned an extremely hard advanced machine learning course called 'Deep Learning' to the PhD student of the faculty member who did the infringement. This student has little to no background in Deep Learning (see Exhibit J that shows the PhD student as the instructor).

27. It was only after the Head of Online programs at the college intervened on April 1st 2024 that Roshan learnt of the infringement and that claims of teaching rights of the course were in fact false.

28. Thus, not only is the online course highly like Roshan's but false information was propagated to prevent Roshan from teaching the course and instead have PhD students teach the course.

29. **After this discovery, the faculty member who did the infringement refused to meet with Roshan and his Department Chair to resolve this matter. He states in Exhibit K** "*I will come to no such meeting*"**.** He initially responded to claims of copyright infringement by asking Roshan to be considerable and reasonable and asserted that this was 'his' course (Exhibit L).

30. That faculty member who infringed the course states in Exhibit M that he is "*mostly following the order of and use some material from one of the textbooks in my syllabus*"**.** Roshan

shows in Exhibit H and above in this petition that the online course syllabus is almost identical to his course and missing numerous topics that are covered in the assigned textbooks. In Exhibit M the infringing professor then adds "*topics in this introductory ML course are more than 25 years old, and there are multiple similar syllabi and books. This is well-known. In particular, I am mostly following the order of and use some material from one of the textbooks in my syllabus. All the quizzes/assignments/notes/videos/'slides' are original material, with the exception of some code taken from the reference textbook. As anyone who has ever taught understands, a course is not its syllabus, but mostly the arrangement and quality of its materials, as a function of its expected role in the curriculum*. Roshan contends this is all entirely false as he shows in Exhibit M and in this petition above that the online course has the same order of topics, has the same figures and formulas identifiable to a layman with basic Math skills, and has the "heart" of his course which is the geometric style as opposed to widely done statistical style.

31. **After Roshan revealed similarities in course syllabi the faculty member who copied the course took a defensive position stating that he was directed to use an 'approved' syllabus without sharing any further details about the syllabus (Exhibit M). He states "***In 2020, Craig asked me to teach ML in Jersey City, which by definition implies that I should use the approved syllabus, which I did. The topics come from that approved syllabus. Then, one year later Craig asked me to design the official online CS675 based on my f2f course, which I did. Based on JC student feedback, Craig also asked me to teach CS677 in JC, which in the same way led to the online course.*"

## Willful criminal infringement

32. Roshan's course drew many students from across NJIT and neighboring universities, leading to unprecedented enrollment numbers in a graduate course at NJIT, and led to the

creation of a new Master of Data Science program and a new Data Science Department. Considering this fact, **the university has all the motivation to identify Roshan's course as the very first course to offer in their online program (as quoted directly by the Head of Online programs in Exhibit L) and offer it to a large online audience to increase revenue**.

33. In fact, **Roshan had asked the university administration for relief and expressed copyright concerns when he noticed that an adjunct was using his course material word for word. The administration responded that no relief was available**. They added that they appreciated his goodwill, and they confirmed that faculty own copyrights of their course and that it would be unethical and violation of copyright law to copy another professor's course without permission (see Exhibit N). The university denied relief to Roshan, whose course attracted numerous students, and then while he was on family medical leave willfully copied his course thus making this a criminal infringement.

## IV. ROSHAN'S WILLINGNESS AND ATTEMPTS TO SETTLE

34. Despite the illegal activities of the university, Roshan has tried his best to settle this matter within the university. Rohan has shared the main evidence of infringement with his Department Chair, the former Interim YWCC Dean, the new YWCC Dean, former NJIT Legal Counsel, the new NJIT Legal Counsel, the head of NJIT's Union, the Provost, the President, and colleagues in YWCC. **Not a single person whom he has shared the evidence with has denied the infringement.** For the final time Roshan contacted NJIT's legal counsel on Nov 15th asking to settle but was met with denial on Nov 19th stating they are still "reviewing this matter" even though 6 months have passed since the evidence was first brought to legal counsel. **Thus, after exhausting all the avenues Roshan comes to this Court as a final resort.**

## V. CONCLUSION

**35. As soon as Roshan began his family medical leave in September 2021, NJIT immediately made plans to copy his highly popular and successful machine learning course and offer it broadly to a worldwide audience as revealed by the Head of Online Programs in Exhibit D. NJIT did this in total secrecy. There was not a single departmental email or memo about the online course. NJIT then prevented Roshan from teaching his own course and concealed the infringement.**

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1. Injunctive and equitable relief as the Court deems appropriate including:

Requiring Defendant NJIT to pay the Plaintiff $50,000,000 in aggravated damages including 100% of tuition and fees paid by students who took the online machine learning course since it was first offered in the Fall of 2022;

Requiring Defendant NJIT to pay the Plaintiff 50% tuition per student who enrolls in the online course permanently going forward as a royalty fee;

Requiring Defendant NJIT to pay the Plaintiff an amount of $50,000,000 in punitive damages for (i) concealing the infringement, (ii) carrying out the infringement in secret while Roshan was on family medical leave, (iii) lying about the infringement and preventing Roshan from teaching his own course materials, (iv) and to prevent NJIT, a public institution funded by New Jersey taxpayers, from committing future copyright infringement and illegal and unlawful behavior; and

Requiring Defendant NJIT to set the Plaintiff teaching load permanently to one section of Online DS 675 in the Fall semester, one section of the course in the Spring semester, and two sections of the course in the Summer full semester; and

2. Compensatory damages to be paid by Defendants, according to proof at trial;

3. Additional punitive damages as the court deems appropriate;

4. Costs and attorney fees of this lawsuit, with interest;

5. Any other relief as the court deems appropriate.

USMAN ROSHAN, Plaintiff
Dated: December 5th, 2024

## VI. CERTIFICATION

I hereby declare that the above made statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

USMAN ROSHAN, Plaintiff
Dated: December 5th, 2024